| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | SAN JOSE DIVISION |

| | |
|---|---|
| NATHANIAL DAYTON,              )<br>                                              )<br>            Plaintiff,           )<br>     v.                                 )<br>                                              )<br>JEFFREY K. BERNS, ET AL.,   )<br>                                              )<br>            Defendants.        )<br>_____ ) | Case No.: C 11-02611 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On June 27, 2011, Defendants Joseph Stumph and Rust Consulting, Inc. moved to dismiss. This case has been assigned to the undersigned magistrate judge. Before the court takes any further action in the case, the court must determine whether or not all of the parties who have appeared consent to magistrate judge jurisdiction by the undersigned, or whether any of the parties request reassignment to a district judge. Therefore,

IT IS HEREBY ORDERED that no later than July 5, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the Clerk of the Court, or from the Forms (Civil) section of the court's website at

www.cand.uscourts.gov.

Dated:   June 28, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 2*