RECEIVED

2011 JUN 30 P 3: 14

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATHANIAL DAYTON

    Plaintiff,

v.

JEFFREY BERNS, ARBOGAST & BERNS, LLP, ET AL

    Defendant.

CASE NO. C-11-02611-PSG  JF

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

WILLIAM BRECK, AK BAR #7705010    , whose business address and telephone number is

THE PUBLIC INTEREST LAW FIRM, INC. (aka TPILAW.ORG), 1575 DELUCCHI LANE #201, RENO, NV 89502 - PH: 775-473-9555

and who is an active member in good standing of the bar of ALASKA

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing NATHANIAL DAYTON

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/20/11

_____
United States District Judge